# COMMONWEALTH OF MASSACHUSETTS
## Eastern District of Massachusetts

| | |
|---|---|
| *In Re:* <br><br> CHRISTINA L. GOODWIN, <br>         DEBTOR | Chapter 7 Case No. 06-14946-wch |
| SCOTT LEVIN, <br>         PLAINTIFF <br><br> v. <br><br> CHRISTINA L. GOODWIN, <br>         DEFENDANT | Adversary Proceeding <br> Case No. 07-01140 |

## JOINT MOTION TO DISMISS

NOW COME the parties pursuant to Fed. R. Bank. P. 7041 and move this court do dismiss the complaint in the above-captioned adversary proceeding with prejudice and without costs. As grounds herefor, the parties state:

1.    The Plaintiff desires to dismiss his case against the Defendant and pursue remedies solely against third parties in state court.

WHEREFORE, the parties respectfully request that the complaint in the above-captioned adversary proceeding be dismissed with prejudice and without costs to any party.

DATED this 28th day of February, 2008.

| | |
|---|---|
| Plaintiff, <br> Scott Levin, <br> By his attorney, <br><br> /s/ Joseph E. Kelleher <br> Joseph E. Kelleher <br> KRAUS & HUMMEL LLP <br> 99A Court Street <br> Plymouth, MA  02360 <br> (508) 747-4200 <br> BBO #:  567327 <br> e-mail:  kraushummel.com | Defendant, <br> Christina L. Goodwin, <br> By her attorney, <br><br> /s/ J. Alexander Watt <br> J. Alexander Watt <br> 3267 Main Street, P.O. Box 881 <br> Barnstable, MA  02630 <br> (508) 362-1900 <br> BBO #:  569774 <br> e-mail:  law.jaw@verizon.net |

I, the undersigned, hereby certify that the attorney for the Plaintiff, Joseph E. Kelleher, reviewed the foregoing motion and authorized me by telephone to affix his signature to said motion and to file said motion with the court.

/s/ J. Alexander Watt
J. Alexander Watt

### CERTIFICATE OF SERVICE

I, J. Alexander Watt, attorney for Defendant, Christina Goodwin, hereby certify that I have forwarded a copy of the foregoing **JOINT MOTION TO DISMISS** to all interested parties of record by first class mail, or by electronic transmission, if applicable, pursuant to MLRB Appendix 8, Rule 9:

| | |
|---|---|
| Joseph E. Kelleher, Esq.<br>Kraus & Hummel LLP<br>99A Court Street<br>Plymouth, MA  02360 | Donald Lassman, Esq.<br>Law Offices of Donald Lassman<br>P.O. Box 920385<br>Needham, MA  02492 |
| John Fitzgerald, Esq.<br>United States Trustee<br>10 Causeway Street<br>Room 1184<br>Boston, MA  02222 | |

/s/ J. Alexander Watt
J. Alexander Watt